# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Perry Spencer, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. |
| Massachusetts Bay Transportation Authority, | ) 17-cv-11229-FDS |
| Defendant. | ) |

## JUDGMENT

**SAYLOR, J.**

In accordance with the Court's Memorandum and Order issued on 06/05/2019 Granting Defendant's Motion for summary judgment it is hereby ORDERED:

Judgment for the defendant.

**So Ordered.**

**F. DENNIS SAYLOR, IV**
**UNITED STATES DISTRICT JUDGE**

/s/ Taylor Halley
Deputy Clerk

Dated: 06/05/2019